IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HENRY BERNARD, *et al.*,

    Plaintiffs,   No. 2:12-cv-1980-LKK-JFM

    vs.

FIRST AMERICAN TRUSTEE
SERVICING SOLUTIONS, LLC, *et al.*,

    Defendants.   ORDER

_____/

        This matter was initially referred to the undersigned for pretrial management because plaintiffs were proceeding pro se. On August 3, 2012, defendant First American Trustee Servicing Solutions filed a motion to dismiss. Also on August 3, 2012, defendant Wells Fargo Bank, N.A., filed a motion to dismiss. Both motions are scheduled for hearing before the undersigned on September 20, 2012.

        On August 14, 2012, plaintiffs filed a motion to remand. That matter has been scheduled before the undersigned on September 27, 2012. Review of the motion to remand reveals that plaintiffs are now represented by counsel. See Doc. No. 15.

        Accordingly, IT IS HEREBY ORDERED that:

        1. This matter is referred back to the District Judge assigned to this action.

/////

1

1  2.  All dates pending, including the September 20, 2012 and September 27, 2012
2 hearing on the motions before the undersigned, are vacated.
3 DATED: August 20, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

7 /014;bern1980.refer.dj