UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HENRY BERNARD and BETTY BERNARD,

       Plaintiffs,

   v.

WELLS FARGO BANK, NATIONAL ASSOCIATION; FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC; and DOES 1 through 250, inclusive,

       Defendants.
_____/

NO. CIV. S-12-1980 LKK/JFM

O R D E R

    A hearing on defendant Wells Fargo Bank, N.A.'s motion to dismiss the complaint (docket no. 22) and defendant First American Trustee Servicing Solutions, LLC's motion to dismiss the complaint (docket no. 19) is currently scheduled for October 1, 2012 in the above-captioned matter.

    The court does not find oral argument to be necessary and will decide the motions on the papers. Accordingly, the hearing currently scheduled for October 1, 2012 is VACATED.

////

1

1    IT IS SO ORDERED.

2    DATED:  September 24, 2012.

```
                              /s/ Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```