UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HENRY BERNARD and BETTY BERNARD,

        Plaintiffs,

    v.

WELLS FARGO BANK, NATIONAL ASSOCIATION; FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC; and DOES 1 through 250, inclusive,

        Defendants.
                                     /

NO. CIV. S-12-1980 LKK/JFM

O R D E R

    Plaintiffs previously filed a motion to remand, set for hearing on September 27, 2012 before Magistrate Judge Moulds. (Docket no. 15.) Subsequently, by order dated August 20, 2012, Magistrate Judge Moulds vacated the hearing and referred the matter back to this court. (Docket no. 16.) On October 1, 2012, defendant Wells Fargo Bank, N.A. filed an opposition to the motion to remand that, among other things, listed an erroneous hearing date of

////

////

1

1  October 15, 2012.[1] (Docket no. 31.) In fact, no hearing has been
2  set for that date in this matter.
3      The court does not find oral argument on the motion to remand
4  to be necessary and will decide it on the papers. Plaintiffs are
5  granted seven (7) days from entry of this order to file their
6  reply, if any, to Wells Fargo Bank, N.A.'s opposition.
7      IT IS SO ORDERED.
8      DATED:  October 3, 2012.

```
                              /s/ Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```

---

[1] This date also appeared in plaintiffs' "Notice to Reschedule Motion Hearing," a paper copy of which was mailed to the court, but which was never electronically filed as required by Local Rule 133. As plaintiffs have neither applied for nor obtained permission to file paper documents, the court did not set a hearing date in response to this notice.